■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK B. PANGBURN, Appellant. (Appeal No. 2.) [748 NYS2d 303] —Appeal from a judgment of Livingston County Court (Cicoria, J.), entered October 5, 1993, convicting defendant upon his plea of guilty of burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously reversed on the law, the plea is vacated and the matter is remitted to Livingston County Court for further proceedings on the indictment.

Same memorandum as in *People v Pangburn* ([appeal No. 1] 298 AD2d 990). Present—Pine, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LAVALLA, Appellant. [748 NYS2d 303] —Appeal from a judgment of Livingston County Court (Alonzo, J.), entered September 2, 1999, convicting defendant after a jury trial of, inter alia, burglary in the second degree (three counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed for reasons stated in decision at suppression court, Alonzo, J. Present— Pine, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.